# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| WILDEARTH GUARDIANS,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br><br>   Defendant. | No. 09-CV-882-RB/WDS<br><br>**ORDER ON JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES** |

  The Court having considered the parties' joint motion to modify case management Management Agency ("FEMA"), DE # 22, and being fully advised, enters the following Order:

  The Joint Motion to Modify Case Management Deadlines is GRANTED. It is further ORDERED that the case management deadlines in the above-captioned matter are modified as follows:

1.  The present merits briefing schedule and schedule for the litigation of evidentiary disputes is VACATED.

2.  On or before June 30, 2010, Plaintiff shall inform Defendant, in writing, of any documents it wishes to rely on in its merits brief that are not in the administrative record compiled and produced by Defendant.

3.  Defendant shall respond to Plaintiff's submission within twenty-one days of receipt.

4.  If the parties are unable to resolve the scope of documents to be submitted to the Court, Plaintiff shall file a motion to supplement the record by August 16, 2010. Defendant shall respond by September 9, 2010. Plaintiff shall reply by September 21, 2010.

5.      In the event that the parties agree on the scope of documents to be submitted to the Court, the parties shall submit a proposed merits briefing schedule to the Court by July 30, 2010.

SO ORDERED this 15th day of June, 2010.

_____UNITED STATES MAGISTRATE JUDGE